No. 03–5398. McCoy v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5399. HICKS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–5400. HOOVER v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5401. HAYWOOD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5402. GERSTNER v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5403. HARGROVE v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 03–5404. FLOWERS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 03–5406. PANEK ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5407. BROWNE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–5408. COLLINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5409. SANG XUAN DANG v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5410. ELLIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5411. DAY v. SALVATION ARMY. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–5413. SANTANA v. HUMPHREY, WARDEN. Super. Ct. Mitchell County, Ga. Certiorari denied.

No. 03–5414. BOGOVICH v. BATTALINO ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5416. POTWIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.